

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00699-CV

**ENCINO RANCH HOMEOWNERS ASSOCIATION, INC.**,
Appellant

v.

Sergio **SANTOS**, Anne Santos, Billy Limmer, Brendan M. Hiers, Karen R. Hiers,
Miguel Carrillo, Vanessa Martin Del Campo, Mohammad Afzal Siddiqui, Rehana P. Siddiqui,
and Randy Mulholland,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-05624
Honorable Norma Gonzales, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's amended interlocutory order is REVERSED, and the case is REMANDED to the trial court for proceedings consistent with this opinion.

It is ORDERED that Appellant Encino Ranch Homeowners Association, Inc. recover its costs on appeal from Appellees Sergio Santos, Anne Santos, Billy Limmer, Brendan M. Hiers, Karen R. Hiers, Miguel Carrillo, Vanessa Martin Del Campo, Mohammad Afzal Siddiqui, Rehana P. Siddiqui, and Randy Mulholland.

SIGNED January 7, 2026.

_____
Adrian A. Spears II, Justice